PROB 12C
(6/16)

Report Date: April 6, 2018

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 06, 2018**

SEAN F. McAVOY, CLERK

Name of Offender: Roland Lee Matteson        Case Number: 0980 1:14CR02005-SAB-1

Address of Offender:                Wishram, Washington 98673

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 30, 2014

Original Offense:    Possession of Unregistered Firearm, 26 U.S.C. § 5841, 5861(d) and 5871

Original Sentence:   Prison - 18 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Ian Garriques              Date Supervision Commenced: September 18, 2015

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: September 17, 2018

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Matteson tested positive for amphetamine on March 27, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of special condition number 16, which prohibits him from using a controlled substance.

On March 27, 2018, Mr. Matteson submitted to uranalysis testing which returned presumptive positive for amphetamine. He was confronted regarding his illegal drug use, which he adamantly denied. Mr. Matteson also signed the admission/denial form denying the use of the illegal substance. On April 2, 2018, the probation office received test results from Alere Toxicology confirming the presence if amphetamine in the urine sample provided by Mr. Matteson.

Prob12C
**Re: Matteson, Roland Lee**
**April 6, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 6, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

April 6, 2018
Date