PROB 12C
(6/16)

Report Date: May 15, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roland Lee Matteson, Jr.          Case Number: 0980 1:14CR02005-SAB-1

Address of Offender:                                Wishram, Washington 98673

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 30, 2014

Original Offense:          Possession of Unregistered Firearm , 26 U.S.C. §§ 5841, 5861(d) and 5871

Original Sentence:         Prison - 18 months                Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Ian Garriques                     Date Supervision Commenced: September 18, 2015

Defense Attorney:          Alex B. Hernandez, III            Date Supervision Expires: September 17, 2018

### PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on April 6, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Matteson tested positive for amphetamine on April 20 and 27, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of special condition number 16, which prohibits him from using a controlled substance.

On April 20 and 27, 2018, Mr. Matteson submitted to urinalysis testing which both returned presumptive positive for amphetamine. He was confronted regarding his illegal drug use, to which he adamantly denied. Mr. Matteson also signed the admission/denial form denying the use of any illegal substance. On April 30, 2018, the probation office received test results from Alere Toxicology confirming the presence of amphetamine in the urine samples

Prob12C
**Re: Matteson, Roland Lee**
May 15, 2018
Page 2

provided by Mr. Matteson.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 15, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

May 15, 2018
Date