PROB 12C
(6/16)

Report Date: September 11, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Roland Lee Matteson     Case Number: 0980 1:14CR02005-SAB-1

Address of Offender:                Wishram, Washington 98673

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 30, 2014

Original Offense:     Possession of Unregistered Firearm , 26 U.S.C. § 5841, 5861(d) and 5871

Original Sentence:    Prison - 18 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Ian Garriques              Date Supervision Commenced: September 18, 2015

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: September 17, 2018

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Matteson is alleged to have been arrested for unlawful possession of methamphetamine by the Hood River Police Department, case number P180850, on August 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another offense.

According to an incident report from the Hood River Police Department, on August 30, 2018, Mr. Matteson was contacted by the City of Hood River Police Department for a law violation. The officer obtained permission from Mr. Matteson to search his vehicle. Upon opening the driver's side door, a small black case sitting between the driver seat and door panel was located. In the container, a small glass pipe and a container with a crystal substance was found and was believed to be methamphetamine. According to the report, the officer asked Mr. Matteson if he knew what was in the case to which he confirmed there was a pipe and a container of methamphetamine. The report also noted that Mr. Matteson

Prob12C
**Re: Matteson, Roland Lee**
**September 11, 2018**
**Page 2**

admitted to having used methamphetamine earlier that morning.

Mr. Matteson was transported to NORCOR where he was booked for possession of methamphetamine.

2     **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: Mr. Matteson is alleged of being in possession of a controlled substance, methamphetamine, on August 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of mandatory condition number 3, which prohibits him from possessing a controlled substance.

According to an incident report from the Hood River Police Department, on August 30, 2018, Mr. Matteson was contacted by the City of Hood River Police Department for a law violation. The officer obtained permission from Mr. Matteson to search his vehicle. Upon opening the driver's side door, a small black case sitting between the driver seat and door panel was located. In the container, a small glass pipe and a container with a crystal substance was found and was believed to be methamphetamine. According to the report, the officer asked Mr. Matteson if he knew what was in the case to which he confirmed there was a pipe and a container of methamphetamine. The report also noted that Mr. Matteson admitted to having used methamphetamine earlier that morning.

3     **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Supporting Evidence**: Mr. Matteson is alleged to have left the Eastern District of Washington without permission on August 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of mandatory condition number 1, which prohibits him from leaving the judicial district without permission.

According to an incident report from the Hood River Police Department, on August 30, 2018, Mr. Matteson was contacted by the Hood River Police Department in Hood River, Oregon, which is out of the Eastern District of Washington. Mr. Matteson failed to obtain permission from the probation officer to leave the district.

4     **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Matteson is alleged to have provided false information on his monthly supervision report for the month of August 2018, by reporting "No" to the questions if he had been arrested or questioned by law enforcement.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of mandatory condition number 2.

On September 9, 2018, Mr. Matteson submitted his monthly report form in which he is asked if he was arrested or named as a defendant and if he was stopped by law enforcement. Mr. Matteson aswered "No" to both questions. His answer to both questions are false as he was arrested and charged with possession of a controlled substance on August 30, 2018. These charges are currently pending in the Circuit Court of the State of Oregon for the County of Hood River.

5    **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Matteson failed to report law enforcement contact to the probation office with in seventy-two hours after being arrested by the Hood River Police Department on August 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of standard condition number 11, which requires him to notify his probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

According to an incident report from the Hood River Police Department, on August 30, 2018, Mr. Matteson was arrested by the Hood River Police Department and booked at NORCOR for possession of a controlled substance. As of this writing, Mr. Matteson has failed to report law enforcement contact to the probation office.

6    **Special Condition #15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Matteson is alleged to have failed to attend drug and alcohol treatment at Comprehensive Healthcare on August 29, and 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of special condition number 15, which requires him to participate in a substance abuse treatment program.

On August 29, 2018, this officer met with Mr. Matteson and directed him to resume his treatment program at Comprehensive Healthcare. Further, he was reminded he must be ready to present step four of his workbook. Mr. Matteson stated he understood. On September 10, 2018, this officer made contact with Comprehensive Healthcare regarding Mr. Matteson's treatment status. Staff advised Mr. Matteson failed to attend his drug and alcohol treatment group on August 29 and 30, 2018. Further, staff also advised when Mr. Matteson returned to group on September 4, 2018, he presented his step but failed to pass.

7    **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Matteson, Roland Lee**
**September 11, 2018**
**Page 4**

**Supporting Evidence**: Mr. Matteson is alleged to have consumed methamphetamine on August 30, 2018.

On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of mandatory special number 16, which prohibits him from using a controlled substance.

According to an incident report from the Hood River Police Department, on August 30, 2018, Mr. Matteson was arrested by the Hood River Police Department for possession of a controlled substance. In the report, it indicates Mr. Matteson admitted to having consumed methamphetamine the morning of August 30, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 11, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 11, 2018
Date