PROB 12C
(6/16)

Report Date: October 1, 2018

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roland Lee Matteson | Case Number: 0980 1:14CR02005-SAB-1 |
| Address of Offender: | Wishram, Washington 98673 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: June 30, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5841, 5861(d) and 5871 | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | September 18, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | September 17, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 11, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Matteson is alleged to have used methamphetamine on September 13, 2018. |
| | On July 6, 2017, supervised release conditions were reviewed and signed by Mr. Matteson acknowledging his understanding of special condition number 16, which prohibits him from using a controlled substance. |
| | On September 13, 2018, Mr. Matteson submitted to a drug screen. The specimen was sent to Cordant Health Solutions (Cordant) for confirmation. On September 21, 2018, Cordant returned a confirmed positive test result for the presence of Amphetamine and methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 1, 2018
Date